

**FILED**

04/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0011

IN THE MATTER OF THE ESTATE OF:

JACK G. BATES,

THE ESTATE OF JACK BATES,

Plaintiff,

vs.

JOHN MILLER,

Defendant.

**FILED**

APR 02 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Defendant John Miller, via counsel, has filed an affidavit in support of his request to disqualify the Honorable Brenda R. Gilbert from presiding in Cause No. DP-18-42 in the Sixth Judicial District Court, Park County, pursuant to § 3-1-805, MCA.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must allege facts showing personal bias or prejudice of the presiding judge. Section 3-1-805(1)(b), MCA, provides in part that the affidavit will be deemed not to have been made in good faith if it is based solely on rulings in the case which can be addressed in an appeal from the final judgment.

The affidavit of Miller's counsel Jami Rebsom includes her belief that the presiding judge had a business relationship with the grandmother of the Personal Representative of the Estate of Jack Bates, the plaintiff in this matter, and that the presiding judge is biased toward the Personal Representative as evidenced by her rulings in favor of the Personal Representative. Rebsom also offers that other attorneys have substituted Judge Gilbert off of cases in which the Personal Representative, who is also an attorney, has represented an opposing party and she speculates that the reason for such substitution must be bias. The

fact that Judge Gilbert may have had a business relationship with the Personal Representative's grandmother is insufficient to show personal bias or prejudice, and Rebsom's remaining allegations are speculative. As a result, Miller has not met the requirements of § 3-1-805, MCA, and it is unnecessary to appoint a district judge to hear this matter.

IT IS THEREFORE ORDERED that the motion to disqualify District Judge Brenda R. Gilbert from Park County Cause No. DP-18-42 is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Park County for notification to all counsel of record in Cause No. DP-18-42, and to the Honorable Brenda R. Gilbert.

DATED this 2nd day of April, 2020.

_____
Chief Justice